Latecia Pittman

16197 Roselawn

Detroit, Michigan 48221

1-16-19

Case #18-20211

Dear Judge, Steeh

    Hello, my name is Latecia Pittman, I have been a friend of Michael Davis for 17 plus years. He is a wonderful man if you had a chance to meet him , beside the negative situation he is currently in as of now , Michael is a loving .caring, supporting ,understanding man ,who has help me and guided me through so many challenges I had to face in my life .Michael has faced so many ups and down throughout his younger years , and from the conversation that we have, he seems to have learned from his mistakes  Michael is a smart, brave young man who believe faith can change many things in life ,who wants a chance to overcome this storm so he can finally be home with his family for good.

    In closing. Your honor I pray that you can find it in your heart to give Michael another chance, let his faith to come life, so he can reunite with his family. I want to also thank you for your time God bless you.

Sincerely

Latecia Pittman