January 6, 2019

Betty Barfield
16197 Roselawn St.
Detroit, Mi 48221

Honorable Judge Steeh
United States Federal Court
Detroit, Mi 48226

RE: Michael Davis, Case #1820211

To the Honorable Judge Steeh,
Hello my name is Betty Barfield Owner of Clean As A Whistle) Cleaning Co. and Evons Braids. I'm Mr. Davis future mother-in-law. I met Michael when he was 12 years old very smart intelligent little boy. He was one of my sons friend growing up. Later on as he became a grown man him and my daughter Jessica Williams started dating. Instantly Michael became a great role model to my grandson Israel Williams whom was called home to God. Israel was born 10-26-10 and was born a Hypoplastic Left Heart Syndrome Patient. He went through many operations as a child. Michael would take to the park help administer his medications and also there has been times that the insurance wouldn't cover my grandsons medications and Mr. Davis would step right up and pay for them with no hesitation. He would go along with my daughter to Israel's doctors appointment where the support for my daughter was really needed. Michael loves his family dearly, even while incarcerated he makes sure he checks on everyone on the regular basis. I feel that keep Michael Davis incarcerated will not do society and good because he has so many wonderful qualities to give. He is aware of his wrong doing and hope that the system can find it in there heart to forgive him. I'm here asking that Michael Davis be given another chance at freedom.

Sincerely,
Betty Lavon Barfield

*Betty Lavon Barfield*