Aquanette Barfield

35508 Timberwood Court

Clinton Township, MI 48035

January 8th, 2019

Case Number 18-20211

Dear Judge, Steeh

I am writing you on the behalf of Michael Davis. Who is appearing before your court sentencing. Mr. Davis has been around my family and I for many years and is now my sister's fiancé. I am Detroit makeup artist and have been in business going on four years. Michael is a wonderful, caring person and will push you to strive your best in whatever it is you do. I know that he really loves his family, he always talks about making a family with my sister because he didn't have a father figure growing up.

One of the reasons I was able to pursue my career in makeup was because of Michael. I was working a minimum wage job that I was very unhappy with, just to maintain. but when Michael came around he changed that for me. Michael help me get in a position to start my business. he helps me pay for business cards, supplies and makeup, that was the push I needed, and I'm forever grateful for him. Every time I speak with him he always let me know how proud he is of me and following my dreams. everyone needs someone like him because he believes in you even when you don't believe in yourself. there were plenty of times I wanted to give up, but he constantly motivated me to never give up.

In closing, I am asking you judge Steeh to please find it in your heart to be lenient on Michael Davis. I totally understand the law, but I do feel like Mr. Davis deserves a second chance. some of the reason he deserves a second chance was stated in the paragraph above. him reuniting with his family and being able to start his own with my sister would be a blessing. thankyou your honor for your time.

Sincerely

Aquanette Barfield