1/4/2019

Brittany Grant

3336 Upton

Toledo OH 43610

Dear Honorable Judge

   My name is Brittany Grant, Michael and I are childhood friends. Michael is a very good person although he has made some bad decisions in the past I feel he has learned from them and that his mistakes shouldn't define him as a person. From the most recent conversations we have had, I can hear the change in him and his mind frame. I'm willing and ready to be a part of Michael's support team by leading him in the right direction, helping him seeking employment and staying on the right track. He has been there for me at through thick and thin and this time I need to be here for him your honor. I know he has the potential and drive to become a law-abiding citizen. I'm gracefully asking if you could be lenient on his sentence and give him another chance in which I and multiple others believe he deserves.

Sincerely,

*Brittany Grant*

Brittany S. Grant