12/29/2018

Terry Nelson Jr.
5109 Secor Rd. Apt.3
Toledo, OH  43623

Case # 18-20211

Dear Honorable Judge Steeh,

    I am writing this letter regarding my dear friend Michael Davis. For the past 15 years I have had the honor of knowing Michael. Since I have known Michael he has been a dreamer and visionary. He played little league football and was very good competitor. Lately he has pursing his dream of becoming a music artist and manager for up and coming talent in Detroit, MI.

    Michael has always been the type of guy that hung around older guys since he was mature for his age. From the time in which I met Mike until this very day he has tried to help his family, friends and loved ones in any way possible. I can remember a time when Michael and some friends gathered together downtown and gave out little ceasers pizza to the homeless and misfortunate. His heart was always bigger than any heart he has ever caused. He would make sure I was ok when I was going through my own tough times. Right before Michael was incarcerated I was attending Henry Ford Community College and working at Subway while trying to pursue my dreams of owning my own company. Well at one point in the semester I fell short of my tuition, due to that fact that I was very ill and had to miss 3 weeks of work.  At the time Michael was saving up to buy a car but heard what I was going through and gave me $300 to cover my last tuition payment. For that I felt I was forever in debt with him, but I was wrong. He just told me don't worry about it cause one day I will need you.

    In closing your honor, I beg for your humbleness and leniency next month when Michael stands before you in your courtroom. I currently work at FCA Chrysler and have been there a few years. My seniority is good enough to the point where I receive 2 employee referrals every year. At, Chrysler we accept and hire felons. When I think back when Mike paid for my last tuition payment, I never realized that he would need me like he said he would, but that time and day has come. Michael will receive my Chrysler referral as soon as he is released. I give you my word that I will stay on I'm and make sure he stays on the right track. My name is Terry Nelson Jr, Chrysler employee number 168-3940. Thank you, your Honor.

*Terry Nelson*